IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AJ'S NIFTY PRODUCTS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON THE ATTACHED SCHEDULE A,<br><br>　　　　Defendants. | Case No. 23-cv-14200<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sheila M. Finnegan** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff AJ's Nifty Products ("Plaintiff") filed a Motion for Entry of a Preliminary Injunction (the "Motion") against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Plaintiff's Motion in part as follows.

This Court finds Plaintiff has provided notice to Defendants in accordance with the Temporary Restraining Order entered October 11, 2023, [15] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court enters and continues Plaintiff's Motion as to the following Defendants: Def. No. 5. BoXueShangMao, Def. No. 15. YSCEN, Def. No. 27. XBagSJ, Def. No. 35. liu

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Changsheng, Def. No. 114. Trendy Happy Shopping, Def. No. 115. LETTER HOME, Def. No. 119. Interesting Storage Bag, Def. No. 122. solanum tuberdsm, Def. No. 124. BuyBag, Def. No. 126. Happy Shopping experience, Def. No. 129. yajun, Def No. 136. Cherry Mall (collectively, the "Appearing Defendants").[2]

Due to the Appearing Defendants having filed a Response to Plaintiff's Motion, this Court grants Plaintiff until November 16, 2023, to file its Reply brief.

This Court finds, in the absence of objection by Appearing Defendants, the injunctive relief granted in the TRO will remain in place until the Court can rule on Plaintiff's Motion as to the Appearing Defendants.

This Court also finds, in the absence of adversarial presentation of those Defendants who have not appeared before the Court (the "Non-appearing Defendants"), that it has personal jurisdiction over Non-appearing Defendants because Non-appearing Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Non-appearing Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products that infringe Plaintiff's federally registered patent, U.S. Patent No. 11,445,840 ("the '840 Patent") to residents of Illinois.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation against Non-appearing Defendants and that issuing this Preliminary Injunction against Non-appearing Defendants is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in

---

[2] The Appearing Defendants are marked as "EXCEPTED" in the Schedule A attached hereto.

support of Plaintiff's previously granted Motion for Entry of a TRO establishes that Plaintiff has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of patent infringement because (1) Plaintiff's '840 Patent is a valid patent registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Non-appearing Defendants are not licensed or authorized to use, manufacture, or sell any product embodying the '840 Patent, and (3) Non-appearing Defendants' use, manufacture, and/or sale of the '840 Patent infringes upon Plaintiff's rights in the '840 Patent. Furthermore, Non-appearing Defendants' continued and unauthorized use of the '840 Patent irreparably harms Plaintiff through loss of exclusivity, market share, and loss of current and future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:
    a. making, using, importing, offering for sale, or selling products that infringe upon Plaintiff's '840 Patent, including the products described in the Verified Complaint and its accompanying exhibits and those available at or under the accused product URLs, ASINs, and/or Product IDs listed in Schedule A to the Verified Complaint and attached hereto, and/or colorable imitations thereof, including any other products which embody any of the Claims of the '840 Patent, in any matter;

  b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff's product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale that is protected under the '840 Patent;

  c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

  d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which embody any of the Claims of the '840 Patent.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon Plaintiff's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as Alibaba Group Holding Ltd. ("Alibaba"), Amazon,.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), WhaleCo, Inc. ("Temu"), Walmart, Inc. ("Walmart"), ContextLogic Inc. d/b/a Wish.com ("Wish") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alipay, Amazon Pay, Ant Financial Services Group ("Ant Financial"), eBay, PayPal, Inc. ("PayPal"), Payoneer Global, Inc. ("Payoneer"), Temu, Walmart, and Wish, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods which embody any of the Claims of the '840 Patent .

5. Any Third Party Providers, including Alibaba, Alipay, Amazon, Ant Financial, eBay, PayPal, Payoneer, Temu, Walmart, and Wish, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6. Plaintiff may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "The Individuals and all other Defendants identified on the Complaint" that shall apply to all Defendants. The combination of providing notice via e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Pleading(s) [8] and Exhibits A-C thereto [8-2]-[8-4], Schedule A to the Pleading(s) [8-1], the TRO Brief [8-5], Exhibit B to the TRO Brief [8-6], Plaintiff's

Motion for Alternative Service [8-7], Plaintiff's Notice of Patent Claims [8-8], and the TRO [15] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $139,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
Jorge L. Alonso
United States District Judge

Dated: November 9, 2023

**AJ's Nifty Products v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A – Case No. 23-cv-14200**

# Schedule A

| DOE | Seller Alias | Merchant ID | Platform | Infringing ASIN |
|---|---|---|---|---|
| 1 | Strade e-Store | AH6IG80VAB55C | Amazon | B0C3R3B529 |
| 2 | CuickleanAM | A3K1C52NO2KVCK | Amazon | B0CBK2SRML, B0CBK27WQJ, B0CBK3DQDS, B0CBK25P2C, B0CBK25NYK, B0CBK32DMJ, B0CBK3MK5S, B0CBK36QGW, B0CBK2S78V, B0CBK3JW8S, B0CBK3SSTP, B0CBK34SNP, B0CBK3SQXZ, B0CBK2BWZY, B0CBK1Z6T4, B0CBK3PLVC, B0CBRWGFL1, B0CBK1MRC2, B0CBK3PY22, B0CBK3X723, B0CBJZJ9GJ, B0CBRX89BM, B0CBRW39XN, B0CBRWTV54, B0CBRX4PVX, B0CBRWPJ3B, B0CBRZGNJG, B0CBRXMB5V, B0CBRWP6F9, B0CBRX8LXN, B0CBRY3J3J, B0CBRXVGB8, B0CBRXN6LR, B0CBRXL2KW, B0CBRX857B, B0CBRX57KC, B0CBRX7TL7, B0CBRVMCG9, |

| | | | | |
|---|---|---|---|---|
| | | | | B0CBRY72RN, B0CBRXH9XZ |
| 3 | ice'store | A3SQW50LRHPGAH | Amazon | B0C4815M3Z |
| 4 | Tuegher | A3PKLWTTW4HDJG | Amazon | B0B9Y642NM |
| 5 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 6 | HFWW-SHOP | A3OJF7THJ4N0UJ | Amazon | B0C2833DTG |
| 7 | Lisa Luo | A2T60JI2O4AQY5 | Amazon | B0CBQ1BZF3 B0CBS5RSY2 B0CBS5PJN6 |
| 8 | steedna | A23D9DRRRAS6QQ | Amazon | B0CBLJVGQK B0CBLJRDGD |
| 9 | aishangwangzi | A1VDVH6G8U2PPE | Amazon | B0BZ4SL4V3 B0BZ4NKZGC |
| 10 | BAOZOON | A3H83FT5BR5Y9L | Amazon | B0BRC41PZB |
| 11 | daqiwa | A16Y07I81KBD8A | Amazon | B0C3GZVLXD |
| 12 | junzhixinxi88 | A28IHUNAIY02XI | Amazon | B0C46CD7MT |
| 13 | Kenkeyi | A2ZA6BY5TCDXCM | Amazon | B0BZYBRK8M |
| 14 | luotongtodo | A135GFOK04QIJX | Amazon | B0CBJCGMTT, B0CB5ZRWSV, B0CBJB7HXT, B0CBJ9Y51G, B0CBJBVQVP, B0CBJBL9NT, B0CBJCQN5Q, B0CBKDGYD2, B0CBJB3JSM, B0CBJBJCPR, B0CBJD932V, B0CBJCDPM2, B0CBKDDLJC, B0CB5ZN896, B0CBJBJZSS, B0CBJC4896, B0CBJBSTLY, B0CB5XC2PW, B0CB5VRWB8, B0CBJCHH8G, B0CBJ9MB5X, B0CBJBBMFT, B0CBJC61XM, B0CBJDNLVG, B0CBJCGKBW, B0CBJ9XQ5X, B0CBJB98K1, |

9

| | | | | |
|---|---|---|---|---|
| | | | | B0CB5VJS24, B0CBJ9Z7V8, B0CBJC9WK8, B0CBJCDRP3, B0CBKDG2TM, B0CBJB6HGH, B0CBKDZ6BB, B0CB5VW2FP, B0CBJ9Y8ZJ, B0CB5X64R6, B0CBJC2NY3, B0CBJCRLJL, B0CBJCKKJQ, B0CBJBRW2T, B0CBKCFWK6, B0CBJBDBNV, B0CBJBL7SS, B0CB5X2D63, B0CBKDK98D, B0CBKF55WR, B0CB5VRF55, B0CBJ9VS4M, B0CB5W5VFF, B0CB5V5F7P, B0CBKCNR93, B0CBJB22NG, B0CBJC2P4H, B0CB5Y359J, B0CBJC1JBS, B0CBJ9ZLBQ, B0CBJBD7QM |
| 15 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 16 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 17 | Techjayse | A2RL7Y3F31BZ8C | Amazon | B0C61F3ZQ7 |
| 18 | HONG KONG ZHANLAN | A2GUI8A06JNJWI | Amazon | B0BX2YB4ZX |
| 19 | ANPOT | AEB1S4AOBFMS1 | Amazon | B0C7CXXLPQ |
| 20 | BIGYUANRUN | AEHKUUFRGOIH8 | Amazon | B0CB452BKR, B0CB49RYJW, B0CB46SNNN, B0CB49ZYNZ, B0CB47HT1Z, B0CB46YS8B, B0CB46JZJF, B0CB49Z1GW, |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | B0CB46X3JK, B0CB476B85, B0CB48RLG3, B0CB49198Y, B0CB48XG37, B0CB49HZ3G, B0CB3LT767, B0CB48JS7V, B0CB497SG5, B0CB48Y1W5, B0CB46Y5PC, B0CB4B8SN5 |
| 21 | getelinfushimaoyi | A6EPMNV0XSLMG | Amazon | B0CB8GBQPZ, B0CB8GLPXD, B0CB8JD2HW, B0CB8GHW1Q, B0CB8DZXB3, B0CBM69JNH, B0CB8FV1KR, B0CB8G3RGY, B0CB8FW3KM, B0CB8GDC87, B0CB86V9N7, B0CB8J1ZNQ, B0CB8DQ66X, B0CB8DRXC5, B0CB8JGQVZ, B0CB8JNXG1, B0CB6D13DL, B0CB8JQRWK, B0CB6DRTJF, B0CB6CQJ1Y, B0CB6GZ8V1, B0CB6DTWH7, B0CB6GJSZT, B0CB6GF3JT, B0CB6CZD53, B0CB6H4LBS, B0CB6DD969, B0CB6D7XTG, B0CB6GF3GS, B0CB6DRKG6, B0CB6DS9QY, B0CB6DQ6GW, B0CB6GQ5ZY, B0CB6DM1ND, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | B0CB6CZT85, B0CB6CYYXM, B0CB6DPQZ7, B0CB85JVST, B0CB83DVYF, B0CB845QM6, B0CB84Q98W, B0CB8476DM, B0CB85QCTK, B0CB851BCS, B0CB82F1XG, B0CB842BPR, B0CB83NHZK, B0CB84H9DG, B0CB84XWZM, B0CB83N2NV, B0CB849P3F, B0CB82L66B, B0CB84CLKX, B0CB85LZW3 |
| 22 | lichengxiaochunpige | A26D26LIKFT2WS | | Amazon | B0CBRMSCSR, B0CBMRF73B, B0CBTVXPHP, B0CBMQ9M5F, B0CBV4Y3ZP, B0CBMS8VCH, B0CBNZCC42, B0CBMRGTV7, B0CBRQF9QB, B0CBRQJBHY, B0CBRPCQDX, B0CBMKN43F, B0CBMMVSSV, B0CBRP9PRX, B0CBRN81VH, B0CBMJTMCC, B0CBRPLQ63, B0CBMKX23P, B0CBRMX93D, B0CBMM64G2, B0CBRKWLS2, B0CBMLLYKJ, B0CBRNSXCP, B0CBRP3FHF, B0CBMQN9S5, B0CBMNJP6Q, |

12

| | | | | |
|---|---|---|---|---|
| | | | | B0CBMS18MB, B0CBRRVWZY, B0CBMMJG9X, B0CBRLY1Q4, B0CBMKX23L, B0CBRNY1F6, B0CBMNPH2Z, B0CBMR4NDV, B0CBMTG1Z6, B0CBRMNJXR, B0CBML2F4H, B0CBMJPPS5 |
| 23 | Betus | A2JNTMS1D2FMSS | Amazon | B0C33ZLT6K |
| 24 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 25 | YAYUECUSTOM | A2T79O3KHC1WUU | Amazon | B0CBRB9ZT2, B0CC5GJMLJ, B0CC7YY1L4, B0CBRXJWY9, B0CC4F6NWN, B0CC8V8M1X, B0CBRWZZHL, B0CBRC87GR, B0CBRC3RNF, B0CBRCGPNT, B0CBR9TLV9, B0CBRZ3JWC, B0CC8W49ZN, B0CC8TVFK6, B0CC8T6XTD, B0CBRXJ6CL, B0CC5F681X, B0CC5F3W3T, B0CC8STLVF, B0CC5FHP64, B0CC8XZ6VX, B0CC8W13RR, B0CC8YY24N, B0CC8V6FWF, B0CC8W95PW, B0CBRCKR9R, B0CBRBV1JG, B0CBR8L6S2, B0CBR8RL6D, B0CC8X1JLB, B0CC5G53J1, B0CC5D48CX, |

| | | | | |
|---|---|---|---|---|
| | | | | B0CC5F67ZT, B0CC8T1D2F, B0CBRBVQCG, B0CBRXT3FZ, B0CBR9TXNQ, B0CC8WKY51, B0CBRXWQKS, B0CC59QRQS, B0CC5DC3KG, B0CC5CHG57, B0CC5D6P5Q, B0CBR9LRT9, B0CBRBXMK3, B0CBRXZCCS, B0CBR8LB2X, B0CC8VCR47, B0CC8T77FR, B0CC8WZR1Y, B0CBRXPMRN, B0CBRB2WZX, B0CC5CL4KB, B0CBRWFZDG, B0CC5DMMW1, B0CBR8WQQD, B0CBR999SP, B0CC5DX3HY, B0CBRXBLRP, B0CBRWCG1S, B0CBRZMB7K, B0CC8WR2BS, B0CBR9Z8RH, B0CBRW5MJD, B0CC5JXR2D, B0CC5FGJQX, B0CC5FN1VL, B0CBR9FZ5W, B0CC5D47QH, B0CC5CPG6P, B0CC8W2KJW, B0CC5CVCMH, B0CBRXM2M2, B0CBRXWVQP, B0CDVZH4ZS, B0CDW2DP3W, B0CDW1KM8Q, B0CDW1VPDT, |

|    |               |                 |            | B0CDW3QD63, B0CDW2PJCG, B0CDW23BX1 |
|----|---------------|-----------------|------------|------------------------------------|
| 26 | DISMISSED     | DISMISSED       | DISMISSED  | DISMISSED                          |
| 27 | EXCEPTED      | EXCEPTED        | EXCEPTED   | EXCEPTED                           |
| 28 | DISMISSED     | DISMISSED       | DISMISSED  | DISMISSED                          |
| 29 | niubili       | A4A625FHN7V0W   | Amazon     | B0CCY2486Y B0C9J8FX8L B0C9J4D1G8 B0C9JBVWMS B0CCXYVQLX B0CCY23RV7 B0CCXYJXX5 B0C9J1Z347 |
| 30 | DISMISSED     | DISMISSED       | DISMISSED  | DISMISSED                          |
| 31 | DISMISSED     | DISMISSED       | DISMISSED  | DISMISSED                          |
| 32 | HOSTK STORE   | A2AFM338TWZDJU  | Amazon     | B0C6JZGDQQ                         |
| 33 | DISMISSED     | DISMISSED       | DISMISSED  | DISMISSED                          |
| 34 | Goolmile      | A268OGM9K7GWGH  | Amazon     | B08S3PWH5J                         |
| 35 | EXCEPTED      | EXCEPTED        | EXCEPTED   | EXCEPTED                           |
| 36 | beifushe      | A3F2DYXFM938Y0  | Amazon     | B0B4G49GFQ B0B4G6H3KX B0BWVMRM39   |
| 37 | Xinglianda    | A1TF0TNOS2388F  | Amazon     | B0CBS73LTJ, B0CBS4YWW6, B0CBS447W1, B0CBS2SSVT, B0CBS5D98H, B0CBS5K4M1, B0CBS6RPLJ, B0CBS5DCRC, B0CBS3TBH2, B0CBS61DH3, B0CBS546B3, B0CBS455NT, B0CBS5NLWX, B0CBS7HHM2, B0CBS58M8G, B0CBS2TP97, B0CBS4WTBW, B0CBS39THB, B0CBS815JD, B0CBS4L89C |

| 38 | HAOMINGGE | A2FWY7G279O3Y8 | Amazon | B0CB6HQMQ8, B0CB6KBNDX, B0CB6HC8GH, B0CB6GTV7F, B0CB6HYPQK, B0CB6FZD7G, B0CB6GPYQP, B0CB6FVWW9, B0CB6FQH11, B0CB6GC2YX, B0CB6KF8XR, B0CB6LX14S, B0CB6H3QFP, B0CB6HHFYD, B0CB6GS8W2, B0CB6HQMN3, B0CB6JJC7P |
|---|---|---|---|---|
| 39 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 40 | Qozabualy | AAO9KNGMG0L39 | Amazon | B0BYJ73WT3 B0BYJ5Y3Q9 |
| 41 | chordenu | A1JD592R2A5HSN | Amazon | B0CCL3VWDJ B0CCL21TMD |
| 42 | fuyanxieye | A13VVP6KJ3DXK9 | Amazon | B0CB5HW6FT, B0CB5Y3F2N, B0CB5YNWP3, B0CB5XS5DM, B0CB5XP9FM, B0CB5X6X9H, B0CB5X8VDB, B0CB5W8VD1, B0CB5XGPYM, B0CB5XR4DY, B0CB5Z8D9S, B0CB5X1K55, B0CB5Y5SQK, B0CB5YRX7T, B0CB5XNCCB, B0CB5WCB2R, B0CB5VZ1FL, B0CB5YF2J8, B0CB5WD9YS, B0CB5WQBRB, B0CB5YZFST |
| 43 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 44 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 45 | LUCKIPLUS | AJEUDGOGZFURA | Amazon | B0C6K5C3ZS |

| 46 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|---|---|---|---|---|
| 47 | YOUNGERBABY | A2AB3NK6AQ9N92 | Amazon | B0CBVR8RLY |
| 48 | Sindria Trading Company | A2C0OAW8XXS7N5 | Amazon | B0B7KZ64QJ |
| 49 | SanHeEC | A2FZS4IK8QWYW2 | Amazon | B09WVJ66Z5 |
| 50 | Cafeleo | A169YX9FOLYS14 | Amazon | B0C23SM6TS |
| 51 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 52 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 53 | LU.AIL | A2WTT77QUMN5RP | Amazon | B0CCMXDRZ4 B0CCMXJGQM |
| 54 | Liu changsheng | A2EG1W9KCJWFHF | Amazon | B0CD1YPVWD B0CD1XLG8T |
| 55 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 56 | ZUOLUN Official US | ARD0WSK1JD79O | Amazon | B0BZPY4GRR |
| 57 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 58 | Forchrinse | A4HTIJ96HCFTK | Amazon | B0CBWP891F, B0CBWP185C, B0CBWNFRHC, B0CBWQ3Q12, B0CBWP6Q84, B0CBWQ5PH6, B0CBWPM969, B0CBWPY6HX, B0CBWN9FRQ, B0CBWMYBLG, B0CBWNTT8W, B0CBWNZGTF, B0CBWNRM56, B0CBWQBCZ7, B0CBWPMKS6, B0CBWNFP2W, B0CBWNG758, B0CBWNWWGQ, B0CBWNHW98, B0CBWNFXQ8 |
| 59 | Homakover | A3JMKZ8DR0NSCW | Amazon | B0BHVWYZGS B0B1DQ4Q9J |
| 60 | RAUTRIPUU | A2MMB0HSWY4HTK | Amazon | B0C7NQYL4W B0C7NRZ9XH |
| 61 | learhear | A11D04VEKUB7FN | Amazon | B0C4LD5TN7 |
| 62 | usa_market17 | 2299449692 | eBay | 305016551190 |
| 63 | neyeslight | 2122591272 | eBay | 385689436762 |
| 64 | kamela | 2511153639 | eBay | 385777443951 |

17

| 65 | y-g_shopping_store | 1303885704 | eBay | 305022342439 |
|---|---|---|---|---|
| 66 | coperrat | 2509336201 | eBay | 134570046364 |
| 67 | samkham-83 | 2431298597 | eBay | 364302937855 364302930941 |
| 68 | enshishirongyongshi-0 | 2509926885 | eBay | 285314029120 |
| 69 | thrys-96 | 1850314789 | eBay | 134669819249 |
| 70 | happrty | 2507007857 | eBay | 394704944029 |
| 71 | monyaro | 2403689582 | eBay | 314719970579 |
| 72 | ZMSolution | 101429205 | Walmart | 2558089974 |
| 73 | MUQI | 101250064 | Walmart | 2967830622 |
| 74 | GUANGNAN Technology Co., Ltd. | 101300508 | Walmart | 1929305206 |
| 75 | Eease | 101174982 | Walmart | 2636361323 2609403853 |
| 76 | PillyBalla | 101072579 | Walmart | 1388861771 1672383717 |
| 77 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 78 | Tevelwant | 101093748 | Walmart | 1654009660 |
| 79 | Chao's Choice Co.ltd | 101258192 | Walmart | 1336263285 2733262432 |
| 80 | Wiueurtly | 101291859 | Walmart | 1160465049 |
| 81 | AceGO | 101266866 | Walmart | 2105242484 |
| 82 | Dowell Network | 101102185 | Walmart | 2658150891 |
| 83 | Feiboyy Co.ltd | 101295866 | Walmart | 1365068715 |
| 84 | Skincare | 101121742 | Walmart | 3111439023 |
| 85 | Xinwanna | 101224476 | Walmart | 3733761579 3003898557 |
| 86 | Luckymimi | 101215726 | Walmart | 1841474900 |
| 87 | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 88 | Limei Co. Ltd | 101129570 | Walmart | 1226132874 |
| 89 | Rutiya | 101291244 | Walmart | 3099786978 |
| 90 | Booyoo | 101043439 | Walmart | 1458666284 3947776750 1851760670 1302048483 |
| 91 | DURBUY INTERNATIONAL LIMITED | 101298727 | Walmart | 3746135619 |
| 92 | DI SAI EN | 101257339 | Walmart | 1012042422 2959206957 |

18

| | | | | |
|---|---|---|---|---|
| 93 | MEZOOM | 101175063 | Walmart | 2970878814 |
| 94 | Manwang | 101258999 | Walmart | 1226132874 |
| 95 | Nastoner | 101087280 | Walmart | 2806339515 3863250914 |
| 96 | Meetop | 101182031 | Walmart | 1634162112 |
| 97 | HZCY | 101294684 | Walmart | 1554992274 1875223539 3407900335 2140462335 1388861771 |
| 98 | Blue Di Co.Ltd | 101263151 | Walmart | 3033589411 |
| 99 | zhandou | 101307860 | Walmart | 2024638278 |
| 100 | Chicmine | 101233145 | Walmart | 2884571093 |
| 101 | HezeZz LLC | 101270623 | Walmart | 3445210934 |
| 102 | Daiduo Xin | 101260709 | Walmart | 2250015874 |
| 103 | enquire5 | 101126910 | Walmart | 2738074552 3794841554 |
| 104 | Yidarton | 101085540 | Walmart | 1301525434 |
| 105 | HZ Technology Co.Ltd. | 101229153 | Walmart | 3030716863 |
| 106 | destyer | 101129847 | Walmart | 2957399609 1980021098 2344568908 1624444725 1424789780 1978888595 |
| 107 | Kelatuo | 101205917 | Walmart | 2521044906 |
| 108 | Lamuusaa | 101239960 | Walmart | 1105414212 1880949724 |
| 109 | MOVTOTOP | 101093132 | Walmart | 2294604654 |
| 110 | tssuoun | 101136203 | Walmart | 736469479 1230589335 |
| 111 | VASYL Flagship store | 101213681 | Walmart | 1681689912 |
| 112 | Gula E-Commerce | 101044667 | Walmart | 334712762 375908435 |
| 113 | Luxiroim | 2435034049570 | Temu | 601099515057876 |
| 114 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 115 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 116 | BaiQuan bag manufactory | 5625378407773 | Temu | 601099516421311 |
| 117 | dulalalala | 4869593467770 | Temu | 601099516212985 |

| 118 | Lei Xiaoqin shop | 1246530761314 | Temu | 601099520139384 601099516149947 |
|---|---|---|---|---|
| 119 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 120 | HONUA | 49231805630 | Temu | 601099519220457 |
| 121 | DULALA | 4506557124115 | Temu | 601099516217015 |
| 122 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 123 | Jane Jane | 336812192927 | Temu | 601099516641230 |
| 124 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 125 | elefunlife | 68359392104 | Temu | 601099518338520 |
| 126 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 127 | Cases New Bags | 5718645686799 | Temu | 601099518507671 |
| 128 | Doremy | 2532238893464 | Temu | 601099518176475 |
| 129 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 130 | becca daily | 5606478133888 | Temu | 601099517898852 |
| 131 | Alla | 301389696131 | Temu | 601099517450607 |
| 132 | Yiwu Framehe Ecommerce Co L | 6209741064026 | Temu | 601099519636651 601099518997416 601099520666093 |
| 133 | Path source outdoor goods | 82638952682 | Temu | 601099512809473 |
| 134 | Scarlet | 2781312592380 | Temu | 601099515681975 601099514655503 |
| 135 | Beautiful Fashion | 5423587975306 | Temu | 601099520896968 |
| 136 | EXCEPTED | EXCEPTED | EXCEPTED | EXCEPTED |
| 137 | Radio Coding | 4659527453815 | Temu | 601099514924977 |
| 138 | Indier | 2582515685307 | Temu | 601099518373113 |
| 139 | QLBP | 5276733301066 | Temu | 601099518143957 |