IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AJ'S NIFTY PRODUCTS,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON THE ATTACHED SCHEDULE A,<br><br>    Defendants. | Case No. 23-cv-14200<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## STATUS REPORT

Pursuant to the Court's Minute Entry [77], Plaintiff AJ's Nifty Products ("Plaintiff") submits this Status Report. While the Court requested a joint status report, all appearing defendants have settled with Plaintiff and have subsequently been dismissed. Thus, the Status Report is only on behalf of the Plaintiff. Now that all appearing defendants have settled and been dismissed, Plaintiff plans to move for Default and Default Judgement as to the remaining Defendants and will likely file its motion on Monday, March 4, 2024. Plaintiff has two more settlements it is attempting to resolve before proceeding with its motion. Plaintiff requests that once its motion is filed and noticed, likely for Thursday, March 7, 2024 at 9:30 AM, that the Court strike the status date currently set for March 6, 2024 at 9:30 AM.

DATED:  March 1, 2024   Respectfully Submitted,

/s/ Sameeul Haque
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
T: (847) 969-9123
F: (847) 969-9124

*Counsel for Plaintiff, AJ's Nifty Products*