IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AJ's Nifty Products, | |
| Plaintiff, | Case No. 23-cv-14200 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

## Motion for Extension

**Dear Judge,**

Defendant <u>Wiueurtly</u> (No. 80) respectfully requests a 14-day extension in order to respond to Plaintiffs' Complaint or settle the case out of court. Specific reasons are as follows:

1. The capacity of the store's associated email was full, so I did not receive any legal documents delivered by the plaintiff. Until today, I was informed by Walmart that the store is restrained due to this case.

2. At this time, Defendant is diligently reaching out to Plaintiff to discuss a settlement, and it needs some time to resolve this matter.

3. The application for an extension will not cause damages to the plaintiff;

4. Defendant needs to beg for more time to seek US legal counsel or lawyers to participate in the lawsuit if necessary;

5. This Motion is filed in good faith and is not interposed for purposes of delay.

WHEREFORE, Defendant <u>Wiueurtly</u> (No. 80) respectfully prays that this Court enter an order extending Defendant's due date to respond to Plaintiff's Complaint to March 20, 2024.

Date: March 6, 2024

Respectfully Submitted,

<u>Liang Han</u>

E-mail: <u>onlinebestseller@163.com</u>

Phone number: <u>131-3552-5556</u>

<u>Jian She Road, Longhua District, Shen Zhen, China.</u>

1